The Honorable Robert Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THERESA ORTLOFF, a former employee of The Washington State Ferries and a single woman,<br><br>Plaintiff,<br>v.<br><br>DAVE TRIMMER, a Chief of the Washington State Ferries,<br>STEVEN VONHEEDER, former Director of Vessels of the Washington State Ferries,<br>ELIZABETH KOSA, former Port Engineer of the Washington State Ferries, and<br>LYNNE GRIFFITH, Assistant Secretary of the WSDOT, Ferries Division,<br><br>Defendants. | Case No. 16-1257-RSL<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE NEW STATE FERRIES SECRETARY AND CONFIRM GRIFFITH IN HER PERSONAL CAPACITY |

THIS MATTER is before the Court on the Plaintiff's Motion to Substitute the New State Ferries Assistant Secretary of Transportation Amy Scarton in her official capacity and confirm Defendant Griffith in her Personal Capacity. After reviewing the motion and supporting declarations, any response by Defendants, as well as any reply, the Court finds the new Assistant Secretary of the Washington State Department of Transportation Ferries Division Amy Scarton should be substituted in her official capacity under Federal Rule of Civil

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
TO SUBSTITUTE NEW STATE FERRIES SECRETARY AND
CONFIRM GRIFFITH IN HER PERSONAL CAPACITY
*Ortloff v. Trimmer, Case No. 16-1257-RSL* - 1

HART LAW OFFICE PLLC
5000 – 22nd Ave. N.E., Suite 410
SEATTLE, WA 98105
Telephone/Fax (206) 524-4482

Procedure 25(d). The Court further finds that Lynne Griffith should continue to be a defendant in her personal capacity.

Plaintiff Theresa Ortloff's motion is HEREBY GRANTED and future captions shall add Amy Scarton in her official capacity as Washington State Department of Transportation Assistant Secretary for the Ferries Division. Lynne Griffith shall continue to be a defendant in her personal capacity and no amendment to the Complaint is necessary, except that future pleadings shall remove "Assistant Secretary of the WSDOT, Ferries Division" in the caption.

IT IS SO ORDERED:

DATED this 4th day of April, 2017.

_____
THE HONORABLE ROBERT S. LASNIK

Presented by:

HART LAW OFFICE PLLC

/s/ Shawn Hart
_____
Shawn G. Hart, WSBA# 25917
Attorney for Plaintiff

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
TO SUBSTITUTE NEW STATE FERRIES SECRETARY AND
CONFIRM GRIFFITH IN HER PERSONAL CAPACITY
Ortloff v. Trimmer, Case No. 16-1257-RSL - 2

HART LAW OFFICE PLLC
5000 – 22nd Ave. N.E., Suite 410
SEATTLE, WA 98105
Telephone/Fax (206) 524-4482